**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 5:20-CV-031 |
| | § | |
| 982.6894 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN WEBB COUNTY, | § | |
| STATE OF TEXAS; AND CITY OF | § | |
| LAREDO | § | |
| | § | |
| *Defendants.* | § | |

---

**COMPLAINT IN CONDEMNATION**

---

1.     This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

3.     The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.     The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.     The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ E. Paxton Warner*
**E. Paxton Warner**
Assistant United States Attorney
Southern District of Texas No. 555957
Texas Bar No. 24003139
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Paxton.Warner@usdoj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Webb County, Texas

Tracts:  LRT-LRN-1005 thru 1005-9
        LRT-LRN-1005-11 thru 1005-36
        LRT-LRS-1002 thru 1002-5
        LRT-LRS-1002-7 thru 1002-36
        LRT-LRS-1002-38 thru 1002-47
        LRT-LRS-1002-49 thru 1002-63
        LRT-LRS-1002-66 thru 1002-68
        LRT-LRS-1009
        LRT-LRS-1004 thru 1004-3
Owner:  City of Laredo
Acres:  982.6894

**Laredo North**:

Tract LRT-LRN-1005, Parcel ID 459458 – (173.13 acres)

    ABST 38 POR 6 B M DIAZ 173.13 ACS (W OF MINES RD)

Tract LRT-LRN-1005-1, Parcel ID 545357 – (100.18 acres)

    EL PICO WATER TREATMENT PLANT, BLOCK 1, LOT 1

Tract LRT-LRN-1005-2, Parcel ID 293415 – (50.3569 acres)

    LAREDO NORTHWEST INTERNATIONAL BRIDGE, BLOCK 1, LOT 1
    SAVE & EXCEPT 77.727 ACS

Tract LRT-LRN-1005-3, Parcel ID 458817 – (20.521 acres)

    VILLAS SAN AGUSTIN, BLOCK 4, LOT 1, UNIT 3

Tract LRT-LRN-1005-4, Parcel ID 206052 – (8.3150 acres)

    ABST 49 POR 21 L GARCIA 8.3150 ACS

Tract LRT-LRN-1005-5, Parcel ID 458923 – (6.1608 acres)

    ABST 277 POR 22 J M SANCHEZ 6.1608 ACS

**SCHEDULE C (Cont.)**

Tract LRT-LRN-1005-6, Parcel ID 473600 – (1.9 acres)

     ABST 268 POR 24 T RODRIGUEZ 1.90 ACS

Tract LRT-LRN-1005-8, Parcel ID 225043 – (0.7023 acres)

     0.7023 ACS OUT OF BLK 7 PASO DEL NORTE SUBD UNIT 1

Tract LRT-LRN-1005-11, Parcel ID 162655 – (1.5944 acres)

     ALL BLK 425 WD

Tract LRT-LRN-1005-12, Parcel ID 459455 – (96.95 acres)

     ABST 39 POR 7 BM DIAZ 96.95 ACS (W OF MINES RD)

Tract LRT-LRN-1005-13, Parcel ID 489322 – (25.94 acres)

     ABST 51 POR 13 JM CARCIA 25.94 ACS

Tract LRT-LRN-1005-14, Parcel ID 545358 – (30.73 acres)

     EL PICO WATER TREATMENT PLANT, BLOCK 1, LOT 2, UNINHABITABLE

Tract LRT-LRN-1005-15, Parcel ID 206044 – (3.9769 acres)

     ABST 49 POR 21 L GARCIA 3.9769 ACS (PT OF PH VII)

Tract LRT-LRN-1005-16, Parcel ID 205188 – (13.805 acres)

     ABST 3319 SUR 2424 L GARCIA 13.8050 ACS (PT OF PH VII)

Tract LRT-LRN-1005-17, Parcel ID 206204 – (2.743 acres)

     ABST 277 POR 22 DMJ SANCHEZ 2.7430 ACS (PT OF PH VII)

Tract LRT-LRN-1005-18, Parcel ID 233565 – (18.0048 acres)

     LOT 1 BLK 21 LOWRY FARM UNIT 4

**SCHEDULE C (Cont.)**

Tract LRT-LRN-1005-19, Parcel ID 360718 – (10.59 acres)

ABST 277 POR 22 D M J SANCHEZ 10.59 ACS

Tract LRT-LRN-1005-20, Parcel ID 235045 – (14.9678 acres)

LOT 1 BLK 10 RANCHO VIEJO VI

Tract LRT-LRN-1005-21, Parcel ID 167447 – (1.5891 acres)

1.5891 ACRE OUT OF MARKLEY FARM WD

Tract LRT-LRN-1005-22, Parcel ID 225147 – (1.4206 acres)

REPLAT ALL BLK 5A GERONIMO SUBD UNIT II

Tract LRT-LRN-1005-24, Parcel ID 162644 – (1.5941 acres)

ALL BLK 414 WD LAREDO WATERWORKS SYSTEM

Tract LRT-LRN-1005-25, Parcel ID 162645 – (1.5941 acres)

ALL BLK 415 WD LAREDO WATERWORKS SYSTEM

Tract LRT-LRN-1005-26, Parcel ID 162646 – (1.5941 acres)

ALL BLK 416 WD LAREDO WATERWORKS SYSTEM

Tract LRT-LRN-1005-27, Parcel ID 162649 – (1.5944 acres)

ALL BLK 419 WD

Tract LRT-LRN-1005-28, Parcel ID 162659 – (1.5944 acres)

ALL BLK 428 WD

Tract LRT-LRN-1005-29, Parcel ID 162665 – (1.5944 acres)

ALL BLK 431 A WD

**SCHEDULE C (Cont.)**

Tract LRT-LRN-1005-30, Parcel ID 162664 – (1.4923 acres)

 ALL BLK 431 WD

Tract LRT-LRN-1005-31, Parcel ID 162693 – (1.5944 acres)

 ALL BLK 434 A WD

Tract LRT-LRN-1005-32, Parcel ID 162692 – (1.5944 acres)

 ALL BLK 434 WD

Tract LRT-LRN-1005-33, Parcel ID 162730 – (1.4028 acres)

 ALL BLK 437 A WD

Tract LRT-LRN-1005-34, Parcel ID 163440 – (3.51 acres)

 PART 516 WD – BETWEEN 516 & 517 WD (3.51 ACS)

Tract LRT-LRN-1005-35, Parcel ID 162729 – (0.3455 acres)

 LOTS 7 TO 12 BLK 437 WD

Tract LRT-LRN-1005-36, Parcel ID 166368 – (0.1031 acres)

 TR 1-0.0644 AC TR OUT OF LOT 7 & TR 2-0.0387 AC TR OUT OF LOT 5 BLK 960 WD

Tract LRT-LRN-1005-7, Parcel ID A – (36.5 acres)

 36.5 acres, more or less, being situated in City of Laredo, Webb County, Texas:

 Bounded on the North by Parcel ID 206652;

 Bounded on the East by Parcel IDS 206653, 206660, 206911, 206827, 256444, 206842, 206874, and 206854;

 Bounded on the South by Parcel ID 206876; and

 Bounded on the West by the gradient boundary of the Rio Grande.

**SCHEDULE C (Cont.)**

Tract LRT-LRN-1005-9, Parcel ID B – (0.82 acres)

    0.82 acres, more or less, being situated in City of Laredo, Webb County, Texas:

    Bounded on the North by Parcel ID 167335;

    Bounded on the East by Parcel IDS 323161 and 164531;

    Bounded on the South by Parcel ID 164526;

    Bounded on the West by the gradient boundary of the Rio Grande; however

    Less and Except Parcel ID 164532.

Tract LRT-LRN-1005-23, Parcel ID C – (5.53 acres)

    5.53 acres, more or less, being situated in City of Laredo, Webb County, Texas:

    Bounded on the North by Parcel IDS 225147, 167330, and 167331;

    Bounded on the East by Anna Avenue and Parcel IDS 166367, 166365, 166364, 166363, 164538, 164537, 164536, 164535, 248223, 248223, and 167336;

    Bounded on the South by Parcel IDS 166367, 166368, 164533, 163666, 167335, and 167336; and

    Bounded West by Parcel IDS 167330, 167332, 167329, 167354, and by the gradient boundary of the Rio Grande.

**SCHEDULE C (Cont.)**

**Laredo South**:

Tract LRT-LRS-1002, Parcel ID 164264 – (1.24 acres)

      ALL OF BLK 652 WD

Tract LRT-LRS-1002-1, Parcel ID 164540 – (1.0427 acres)

      ALL OF BLK 724 WD

Tract LRT-LRS-1002-2, Parcel ID 162304 – (0.7303 acres)

      PT OF 5, LOTS 6 TO 10 BLK 360 WD (OLD DISPOSAL PLANT) ZACATE
      CREEK (SOUTH LAREDO)

Tract LRT-LRS-1002-3, Parcel ID 182549 – (4.306 acres)

      4.306 ACRES OUT OF SE PT OF TR B BLK 2138 ED

Tract LRT-LRS-1002-5, Parcel ID 175165 – (1.7704 acres)

      ALL OF BLK 1008 ED

Tract LRT-LRS-1002-7, Parcel ID 439192 – (0.4428 acres)

      LOTS 1 & 8 BLK 1044 ED

Tract LRT-LRS-1002-8, Parcel ID 579050 – (15.12 acres)

      ABST 0546 P-35 J M DIAZ 15.12 ACRES

Tract LRT-LRS-1002-9, Parcel ID 490262 – (92.9141 acres)

      ABST 0473 PORCION 36 L SALINAS 92.9141 (SOUTH LAREDO SEWER
      PLANT

Tract LRT-LRS-1002-10, Parcel ID 164265 – (1.24 acres)

      ALL OF BLK 653 WD

## **SCHEDULE C (Cont.)**

Tract LRT-LRS-1002-11, Parcel ID 164266 – (1.24 acres)

    ALL OF BLK 654 WD

Tract LRT-LRS-1002-12, Parcel ID 164247 – (1.24 acres)

    ALL OF BLK 648 WD

Tract LRT-LRS-1002-13, Parcel ID 164267 – (1.24 acres)

    ALL OF BLK 655 WD

Tract LRT-LRS-1002-14, Parcel ID 164246 – (1.2399 acres)

    ALL BLK 647 WD PLAZA

Tract LRT-LRS-1002-15, Parcel ID 164240 – (1.2398 acres)

    ALL OF BLK 642 WD

Tract LRT-LRS-1002-16, Parcel ID 164188 – (1.2398 acres)

    ALL OF BLK 632 WD

Tract LRT-LRS-1002-17, Parcel ID 164181– (1.2398 acres)

    ALL OF BLK 627 WD

Tract LRT-LRS-1002-18, Parcel ID 164182 – (1.2398 acres)

    ALL OF BLK 628 WD

Tract LRT-LRS-1002-19, Parcel ID 164113 – (1.24 acres)

    ALL OF BLK 616 WD

Tract LRT-LRS-1002-20, Parcel ID 164112 – (1.24 acres)

    ALL OF BLK 615 WD

**SCHEDULE C (Cont.)**

Tract LRT-LRS-1002-21, Parcel ID 164109 – (0.93 acres)

     LOTS 1-2 & 5 TO 8 BLK 613 WD

Tract LRT-LRS-1002-22, Parcel ID 164108 – (1.24 acres)

     ALL OF BLK 612 WD

Tract LRT-LRS-1002-23, Parcel ID 277532 – (1.0275 acres)

     LOTS 1, 2, 3, 4, 5, 9 & 10 & 1,543.46 SQ FT (BETWEEN LOT 1 BLK 680 & LOT 10 BLK 610) BLK 680 WD

Tract LRT-LRS-1002-24, Parcel ID 164510 – (1.417 acres)

     ALL OF BLK 708

Tract LRT-LRS-1002-25, Parcel ID 164517 – (1.3958 acres)

     ALL OF BLK 708 B WD

Tract LRT-LRS-1002-26, Parcel ID 167438 – (1.4174 acres)

     ALL OF BLK H WD

Tract LRT-LRS-1002-27, Parcel ID 167424 – (0.1417 acres)

     LOT 1 BLK "D" WD

Tract LRT-LRS-1002-28, Parcel ID 167425 – (0.1417 acres)

     LOT 2 BLK "D" WD

Tract LRT-LRS-1002-29, Parcel ID 167427 – (0.0709 acres)

     W 1/2 OF LOT 3 BLK "D" WD

Tract LRT-LRS-1002-30, Parcel ID 167426 – (0.0709 acres)

     E 1/2 OF BLK "D" WD

**SCHEDULE C (Cont.)**

Tract LRT-LRS-1002-31, Parcel ID 167428 – (0.1417 acres)

    LOT 4 BLK "D" WD

Tract LRT-LRS-1002-32, Parcel ID 167429 – (0.1417 acres)

    LOT 5 BLK "D" WD

Tract LRT-LRS-1002-33, Parcel ID 167434 – (0.7085 acres)

    S 1/2 OF BLK "E" WD

Tract LRT-LRS-1002-34, Parcel ID 167430 – (0.7085 acres)

    S 1/2 OF BLK "D" WD

Tract LRT-LRS-1002-35, Parcel ID 162545 – (0.2123 acres)

    ALL BLK 398 WD ZACATE CREEK EX N1/2 OF LOTS 1-2

Tract LRT-LRS-1002-36, Parcel ID 164539 – (0.6313 acres)

    ALL OF BLK 723 WD ZACATE CREEK

Tract LRT-LRS-1002-38, Parcel ID 291093 – (7.9068 acres)

    7.9068 ACS OUT OF PTS OF BLKS 011, 012, 013, 014, 015, 16 & 47 ED "WASTEWATER TREATMENT PLANT TRACT"

Tract LRT-LRS-1002-40, Parcel ID 182633 – (0.043 acres)

    E25'-ALL BLK 020 ED

Tract LRT-LRS-1002-41, Parcel ID 172592 – (1.6319 acres)

    ALL OF BLK 616 SAVE & EXCEPT .1243 AC OUT OF LOT 5 ED

Tract LRT-LRS-1002-42, Parcel ID 172591 – (0.684 acres)

    ALL BLK 615 ED SAVE & EXCEPT .0047 AC CORNER CLIP OUT OF LOT 4

**SCHEDULE C (Cont.)**

Tract LRT-LRS-1002-43, Parcel ID 303502 – (0.2412 acres)

.2412 AC OUT OF THE W 1/3 OF BLK 710 ED

Tract LRT-LRS-1002-44, Parcel ID 182363 – (0.8856 acres)

LOTS 1, 2, 7, & 8 BLK 2091 ED

Tract LRT-LRS-1002-45, Parcel ID 277073 – (0.8856 acres)

LOTS 3, 4, 5, & 6 SAVE & EXCEPT PT OF OLD ZAPATA RD ROW BLK 2091 ED

Tract LRT-LRS-1002-46, Parcel ID 182362 – (1.7712 acres)

ALL BLK 2090 ED

Tract LRT-LRS-1002-47, Parcel ID 182361 – (1.7704 acres)

ALL BLK 2089 ED

Tract LRT-LRS-1002-49, Parcel ID 168420 – (0.3542 acres)

SO 1/5 OF BLK 151 ED

Tract LRT-LRS-1002-50, Parcel ID 168418 – (1.7712 acres)

ALL OF BLK 150 ED

Tract LRT-LRS-1002-51, Parcel ID 168411 – (1.7712 acres)

ALL OF BLK 143 ED

Tract LRT-LRS-1002-52, Parcel ID 168412 – (1.7712 acres)

ALL OF BLK 144 ED PT OF BLK ON RIVER

Tract LRT-LRS-1002-53, Parcel ID 168410 – (1.7712 acres)

ALL OF BLK 142 ED

**SCHEDULE C (Cont.)**

Tract LRT-LRS-1002-54, Parcel ID 168409 – (1.7712 acres)

    ALL OF BLK 141 ED

Tract LRT-LRS-1002-55, Parcel ID 439194 – (0.2214 acres)

    LOT 8 BLK 1045 ED

Tract LRT-LRS-1002-56, Parcel ID 439192 – (0.4428 acres)

    LOTS 1 & 8 BLK 1044 ED

Tract LRT-LRS-1002-57, Parcel ID 175228 – (0.8856 acres)

    LOTS 1, 2, 6, & 7 BLK 1047 ED

Tract LRT-LRS-1002-58, Parcel ID 207754 – (4.0725 acres)

    ABST 0546 POR 35 J A DIAZ 4.0725 ACS

Tract LRT-LRS-1002-59, Parcel ID 490263 – (45.5989 acres)

    ABST 410 PORCION 37 J B CHAPA 45.5989 ACS (SOUTH LAREDO SEWER PLANT)

Tract LRT-LRS-1002-60, Parcel ID 256990 – (22.1402 acres)

    SANTA RITA PARK PLAT, BLOCK 1, LOT 1

Tracts LRT-LRS-1002-61 & 1002-62, Parcel ID 207981 – (30 acres)

    ABST 472 POR 38 T SANCHEZ 30.00 ACS

Tract LRT-LRS-1002-63, Parcel ID 182360 – (1.7704 acres)

    ALL BLK 2088 ED

Tract LRT-LRS-1002-68, Parcel ID 303481 – (0.5973 acres)

    0.5973 AC OUT OF BLK 614 ED

**SCHEDULE C (Cont.)**

Tract LRT-LRS-1009, Parcel ID 303503 – (1.0096 acres)

 1.0096 ACRE TRACT OUT OF BLK "0" ED

Tract LRT-LRS-1004, Parcel ID 164249 – (0.155 acres)

 LOT 1 BLK 650 WD

Tract LRT-LRS-1004-1, Parcel ID 164239 – (1.2398 acres)

 ALL OF BLK 641 WD

Tract LRT-LRS-1004-2, Parcel ID 164248 – (1.24 acres)

 LOT 1 BLK 649 WD

Tract LRT-LRS-1004-3, Parcel ID 256913 – (0.2481 acres)

 TRACT 4 (AT LEE AVE BETWEEN PIEDREGAL ST & SOLEDAD ST)

Tracts LRT-LRS-1002-39, 1002-66, and 1002-67, Parcel ID D – (60.4 acres)

 60.4 acres, more or less, being situated in the Western Division of the City of Laredo:

 Bounded on the West by Parcel ID 164517;

 Bounded on the North by Pedregal Street and Parcel IDS 596916, 167438, 167437, 167435, 167434, 167430, 160150, 276968; 162537, 162542, 162542, 162539, 162541, 162304, 162543, 162545, 291093, 350311, 350310, 350296, 350330, 350297, 350331, 350342, and 171191; however, Less and Except Parcel ID 182633;

 Bounded on the East by Parcel ID 303503; and

 Bounded on the South by the gradient boundary of the Rio Grande.

# SCHEDULE D

## <u>SCHEDULE D</u>

<span style="color:red">LAND TO BE CONDEMNED</span>

Tracts:  LRT-LRN-1005 thru 1005-9
          LRT-LRN-1005-11 thru 1005-36
          LRT-LRS-1002 thru 1002-5
          LRT-LRS-1002-7 thru 1002-36
          LRT-LRS-1002-38 thru 1002-47
          LRT-LRS-1002-49 thru 1002-63
          LRT-LRS-1002-66 thru 1002-68
          LRT-LRS-1009
          LRT-LRS-1004 thru 1004-3
Owner:  City of Laredo
Acres:  982.6894

* The case caption identifies acreage for the entire parent tracts; access to the entire parent tracts may be necessary to complete a survey of the proposed tracts outlined in red on the maps above.

## SCHEDULE D (Cont.)

### MAP or PLAT



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Webb County, Texas

Tracts:  LRT-LRN-1005 thru 1005-9
          LRT-LRN-1005-11 thru 1005-36
          LRT-LRS-1002 thru 1002-5
          LRT-LRS-1002-7 thru 1002-36
          LRT-LRS-1002-38 thru 1002-47
          LRT-LRS-1002-49 thru 1002-63
          LRT-LRS-1002-66 thru 1002-68
          LRT-LRS-1009
          LRT-LRS-1004 thru 1004-3
Owner:  City of Laredo
Acres:  982.6894

      The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **<u>SCHEDULE F</u>**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the lands being taken is ONE HUNDRED

DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court

for the use and benefit of the persons entitled thereto; and, an additional sum determined

at the conclusion of the temporary estate described in Schedule E to constitute actual

damages, if any.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **City of Laredo**<br>1110 Houston Street<br>Laredo, TX 78040 | Tax Cards, Webb County CAD, Laredo North Tracts<br><br>Tract LRT-LRN-1005, Parcel ID 459458<br><br>Tract LRT-LRN-1005-1, Parcel ID 545357<br><br>Tract LRT-LRN-1005-2, Parcel ID 293415<br><br>Tract LRT-LRN-1005-3, Parcel ID 458817<br><br>Tract LRT-LRN-1005-4, Parcel ID 206052<br><br>Tract LRT-LRN-1005-5, Parcel ID 458923<br><br>Tract LRT-LRN-1005-6, Parcel ID 473600<br><br>Tract LRT-LRN-1005-7, Parcel ID A<br><br>Tract LRT-LRN-1005-8, Parcel ID 225043<br><br>Tract LRT-LRN-1005-9, Parcel ID B<br><br>Tract LRT-LRN-1005-11, Parcel ID 162655 |

| | Tract LRT-LRN-1005-12, Parcel ID 459455 |
| | |
| | Tract LRT-LRN-1005-13, Parcel ID 489322 |
| | |
| | Tract LRT-LRN-1005-14, Parcel ID 545358 |
| | |
| | Tract LRT-LRN-1005-15, Parcel ID 206044 |
| | |
| | Tract LRT-LRN-1005-16, Parcel ID 205188 |
| | |
| | Tract LRT-LRN-1005-17, Parcel ID 206204 |
| | |
| | Tract LRT-LRN-1005-18, Parcel ID 233565 |
| | |
| | Tract LRT-LRN-1005-19, Parcel ID 360718 |
| | |
| | Tract LRT-LRN-1005-20, Parcel ID 235045 |
| | |
| | Tract LRT-LRN-1005-21, Parcel ID 167447 |
| | |
| | Tract LRT-LRN-1005-22, Parcel ID 225147 |
| | |
| | Tract LRT-LRN-1005-23, Parcel ID C |
| | |
| | Tract LRT-LRN-1005-24, Parcel ID 162644 |
| | |
| | Tract LRT-LRN-1005-25, Parcel ID 162645 |
| | |
| | Tract LRT-LRN-1005-26, Parcel ID 162646 |

|  | Tract LRT-LRN-1005-27, Parcel ID 162649 |
|  | Tract LRT-LRN-1005-28, Parcel ID 162659 |
|  | Tract LRT-LRN-1005-29, Parcel ID 162665 |
|  | Tract LRT-LRN-1005-30, Parcel ID 162664 |
|  | Tract LRT-LRN-1005-31, Parcel ID 162693 |
|  | Tract LRT-LRN-1005-32, Parcel ID 162692 |
|  | Tract LRT-LRN-1005-33, Parcel ID 162730 |
|  | Tract LRT-LRN-1005-34, Parcel ID 163440 |
|  | Tract LRT-LRN-1005-35, Parcel ID 162729 |
|  | Tract LRT-LRN-1005-36, Parcel ID 166368 |
|  | Laredo South Tracts<br>Tract LRT-LRS-1002, Parcel ID 164264 |
|  | Tract LRT-LRS-1002-1, Parcel ID 164540 |
|  | Tract LRT-LRS-1002-2, Parcel ID 162304 |
|  | Tract LRT-LRS-1002-3, Parcel ID 182549 |
|  | Tract LRT-LRS-1002-5, Parcel ID 175165 |

|  | Tract LRT-LRS-1002-7, Parcel ID 439192 |
|--|--|
|  | Tract LRT-LRS-1002-8, Parcel ID 579050 |
|  | Tract LRT-LRS-1002-9, Parcel ID 490262 |
|  | Tract LRT-LRS-1002-10, Parcel ID 164265 |
|  | Tract LRT-LRS-1002-11, Parcel ID 164266 |
|  | Tract LRT-LRS-1002-12, Parcel ID 164247 |
|  | Tract LRT-LRS-1002-13, Parcel ID 164267 |
|  | Tract LRT-LRS-1002-14, Parcel ID 164246 |
|  | Tract LRT-LRS-1002-15, Parcel ID 164240 |
|  | Tract LRT-LRS-1002-16, Parcel ID 164188 |
|  | Tract LRT-LRS-1002-17, Parcel ID 164181 |
|  | Tract LRT-LRS-1002-18, Parcel ID 164182 |
|  | Tract LRT-LRS-1002-19, Parcel ID 164113 |
|  | Tract LRT-LRS-1002-20, Parcel ID 164112 |
|  | Tract LRT-LRS-1002-21, Parcel ID 164109 |

|  | Tract LRT-LRS-1002-22, Parcel ID 164108 |
|  | Tract LRT-LRS-1002-23, Parcel ID 277532 |
|  | Tract LRT-LRS-1002-24, Parcel ID 164510 |
|  | Tract LRT-LRS-1002-25, Parcel ID 164517 |
|  | Tract LRT-LRS-1002-26, Parcel ID 167438 |
|  | Tract LRT-LRS-1002-27, Parcel ID 167424 |
|  | Tract LRT-LRS-1002-28, Parcel ID 167425 |
|  | Tract LRT-LRS-1002-29, Parcel ID 167427 |
|  | Tract LRT-LRS-1002-30, Parcel ID 167426 |
|  | Tract LRT-LRS-1002-31, Parcel ID 167428 |
|  | Tract LRT-LRS-1002-32, Parcel ID 167429 |
|  | Tract LRT-LRS-1002-33, Parcel ID 167434 |
|  | Tract LRT-LRS-1002-34, Parcel ID 167430 |
|  | Tract LRT-LRS-1002-35, Parcel ID 162545 |
|  | Tract LRT-LRS-1002-36, Parcel ID 164539 |

| | |
|---|---|
| | Tract LRT-LRS-1002-38, Parcel ID 291093 |
| | Tract LRT-LRS-1002-39, Parcel ID D |
| | Tract LRT-LRS-1002-40, Parcel ID 182633 |
| | Tract LRT-LRS-1002-41, Parcel ID 172592 |
| | Tract LRT-LRS-1002-42, Parcel ID 172591 |
| | Tract LRT-LRS-1002-43, Parcel ID 303502 |
| | Tract LRT-LRS-1002-44, Parcel ID 182363 |
| | Tract LRT-LRS-1002-45, Parcel ID 277073 |
| | Tract LRT-LRS-1002-46, Parcel ID 182362 |
| | Tract LRT-LRS-1002-47, Parcel ID 182361 |
| | Tract LRT-LRS-1002-49, Parcel ID 168420 |
| | Tract LRT-LRS-1002-50, Parcel ID 168418 |
| | Tract LRT-LRS-1002-51, Parcel ID 168411 |
| | Tract LRT-LRS-1002-52, Parcel ID 168412 |
| | Tract LRT-LRS-1002-53, Parcel ID 168410 |

| | |
|---|---|
| | Tract LRT-LRS-1002-54, Parcel ID 168409 |
| | Tract LRT-LRS-1002-55, Parcel ID 439194 |
| | Tract LRT-LRS-1002-56, Parcel ID 439192 |
| | Tract LRT-LRS-1002-57, Parcel ID 175228 |
| | Tract LRT-LRS-1002-58, Parcel ID 207754 |
| | Tract LRT-LRS-1002-59, Parcel ID 490263 |
| | Tract LRT-LRS-1002-60, Parcel ID 256990 |
| | Tract LRT-LRS-1002-61, Parcel ID 207981 |
| | Tract LRT-LRS-1002-62, Parcel ID 207981 |
| | Tract LRT-LRS-1002-63, Parcel ID 182360 |
| | Tract LRT-LRS-1002-66, Parcel ID D |
| | Tract LRT-LRS-1002-67, Parcel ID D |
| | Tract LRT-LRS-1002-68, Parcel ID 303481 |
| | Tract LRT-LRS-1009, Parcel ID 303503 |
| | Tract LRT-LRS-1004, Parcel ID 164249 |
| | Tract LRT-LRS-1004-1, Parcel ID 164239 |

|  | Tract LRT-LRS-1004-2, Parcel ID 164248<br><br>Tract LRT-LRS-1004-3, Parcel ID 256913 |
|--|----------------------------------------------------------------------------------------|

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
E. Paxton Warner, Assistant United States Attorney
1701 W. Bus. Hwy. 83, Ste. 600, McAllen, Texas 78501
(956) 618-8010

## DEFENDANTS

982.6894 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND CITY OF LAREDO

County of Residence of First Listed Defendant   Webb
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>☒ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for temporary easement (right of entry) to survey and conduct testing

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  3/4/2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  _____  AMOUNT  _____  APPLYING IFP  _____  JUDGE  _____  MAG. JUDGE  _____