IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 5:20-cv-31 |
| 982.6894 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND CITY OF LAREDO | § § § § § § | |
| *Defendants*. | § § | |

**DEFENDANT CITY OF LAREDO'S DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant CITY OF LAREDO ("Defendant") and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. City of Laredo
   c/o Kristina K. Laurel Hale, City Attorney
   1110 Houston Street
   Laredo, Texas 78042
   *Defendant and Landowner of subject property*

2. United States of America
   *Plaintiff*

Respectfully Submitted,

**KRISTINA K. LAUREL HALE**
CITY ATTORNEY FOR THE CITY OF LAREDO

By:    */s/ Alyssa J. Castillon*
       **ALYSSA J. CASTILLON**
       Assistant City Attorney, City of Laredo
       Federal I.D. No.: 3114327
       Texas State Bar No.: 24064568

City of Laredo Office of the City Attorney
1110 Houston Street
Laredo, Texas 78040
Telephone: (956) 791-7319
Facsimile: (956) 791-7494
Email: acastillon@ci.laredo.tx.us
*Attorney in Charge for the City of Laredo*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on the 4th day of May, 2020, she electronically submitted a true and correct copy of the foregoing Disclosure of Interested Parties with the Court via the CM/ECF system, which will serve a copy on all counsel of record.

*/s/ Alyssa J. Castillon*
ALYSSA J. CASTILLON