IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   5:20-CV-031 |
| 982.6894 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND CITY OF LAREDO | § § § § § § | |
| *Defendants.* | § § | |

**JOINT STIPULATION OF DISMISSAL AND AGREEMENT TO DISBURSE FUNDS UNDER FED. R. CIV. P. 71.1(i)(1)(B)**

The United States and the City of Laredo file this stipulation of dismissal and agreement to disburse funds under Fed. R. Civ. P. 71.l (i)(l)(B).

## I.   INTRODUCTION

1. The Plaintiff is the United States of America ("United States") and the named interested party and purported property owner is the City of Laredo. ("City").

2. On March 4, 2020, the United States filed a Declaration of Taking ("Declaration") and Complaint in Condemnation for a twelve (12) month temporary easement for real property (hereinafter referred to as the "Property") identified and particularly described in Schedules "C" and "D" of the Declaration (Docket No. 2). The interest taken in the Property is more particularly described in Schedule "E" of the Declaration (*Id.*).

3. On March 9, 2020, the United States deposited $100.00 into the Registry of the Court as estimated just compensation for the right of entry. (Docket No. 4).  Pursuant to 40 U.S.C.

§ 3114 (b)(1), the filing and the deposit immediately vested title to the acquired property in the United States.

## II.     DISMISSAL

4. The United States and the City of Laredo, pursuant to Fed. R. Civ. P. 71.1(i)(1)(B), jointly stipulate to the dismissal of this case, without prejudice, each party to bear their own cost.

## III.     DISBURSEMENT

5. The United States respectfully moves this Court to disburse the funds deposited in the Registry of the Court. On March 9, 2020, Plaintiff deposited one hundred and 00/100 dollars ($100.00) into the Registry of the Court (Docket No. 4) as estimated just compensation for the for the taking of the Estate in Schedule E of the Declaration of Taking.

6. The United States and the City of Laredo respectfully move this Court to disburse the sum remaining in the Registry of the Court, one hundred and 00/100 dollars ($100.00), plus any accrued interest thereon, payable to the order of "F&A Officer, USAED, Fort Worth." The United States also respectfully request that the check reference Tract No. LRT-LRN-1005 et al.

| FOR DEFENDANT: | FOR PLAINTIFF: |
|---|---|
| **CITY OF LAREDO** | **RYAN K. PATRICK**<br>United States Attorney<br>Southern District of Texas |

*s/ Alyssa J. Castillon*  by permission     By:    *s/ E. Paxton Warner*

| **ALYSSA J. CASTILLON** | **E. PAXTON WARNER** |
|---|---|
| Federal I.D. No. 3114327 | Assistant United States Attorney |
| Texas State Bar No. 24064568 | Southern District of Texas No. 555957 |
| City of Laredo Office of the City Attorney | Texas Bar No. 24003139 |
| 1110 Houston Street | 1701 W. Bus. Highway 83, Suite 600 |
| Laredo, Texas 78040 | McAllen, TX 78501 |
| Telephone: (956) 791-7319 | Telephone: (956) 618-8010 |
| Facsimile: (956) 791-7494 | Facsimile: (956) 618-8016 |
| E-mail: acastillon@ci.laredo.tx.us | E-mail: Paxton.Warner@usdoj.gov |
| Attorney in Charge for the City of Laredo | Attorney in Charge for the United States of America |

## CERTIFICATE OF SERVICE

I, E. Paxton Warner, Assistant United States Attorney for the Southern District of Texas, sent a true and correct copy of the foregoing document to the City of Laredo, via email and first-class U.S. mail, postage prepaid, on May 29, 2020.

                     By:    *s/ E. Paxton Warner*
                               **E. PAXTON WARNER**
                               Assistant United States Attorney