IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   5:20-CV-031 |
| 982.6894 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND CITY OF LAREDO | § § § § § § | |
| *Defendants.* | § § | |

## ORDER OF DISMISSAL AND DISBURSEMENT

The Court now considers the "Joint Stipulation of Dismissal and Agreement to Disburse Funds," filed by the parties, announcing to the Court the parties' stipulation to the dismissal of this suit. Pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(B), before a judgment is entered Plaintiff and affected Defendants may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiff and Defendant in this case and no judgment has been entered, the parties have stipulated to the dismissal of this case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

Pursuant to the Joint Stipulation of Dismissal and Agreement to Disburse Funds signed by Plaintiff, United States of America, and Defendant, City of Laredo, **IT IS HEREBY ORDERED AND ADJUDGED**, that:

The Clerk of the Court is **ORDERED** to disburse the sum of one hundred and 00/100 dollars ($100.00), along with any accrued interest earned, to "F&A Officer, USAED, Fort

Worth." The check should reference Tract No. LRT-LRN-1005 et al.

    **IT IS SO ORDERED**.

    **DONE AND ORDERED** at Laredo, Texas, this _____ day of_____, 2020

                                                  _____
                                                  **John A. Kazen**
                                                  United States Magistrate Judge

**AGREED TO AS TO FORM AND SUBSTANCE:**

| FOR DEFENDANT: | FOR PLAINTIFF: |
|---|---|
| **CITY OF LAREDO** | **RYAN K. PATRICK**<br>United States Attorney<br>Southern District of Texas |
| *s/ Alyssa J. Castillon*    *by permission*<br>**ALYSSA J. CASTILLON**<br>Federal I.D. No. 3114327<br>Texas State Bar No. 24064568<br>City of Laredo Office of the City Attorney<br>1110 Houston Street<br>Laredo, Texas 78040<br>Telephone: (956) 791-7319<br>Facsimile: (956) 791-7494<br>E-mail: acastillon@ci.laredo.tx.us<br>Attorney in Charge for the City of Laredo | By:   *s/ E. Paxton Warner*<br>**E. PAXTON WARNER**<br>Assistant United States Attorney<br>Southern District of Texas No. 555957<br>Texas Bar No. 24003139<br>1701 W. Bus. Highway 83, Suite 600<br>McAllen, TX 78501<br>Telephone: (956) 618-8010<br>Facsimile: (956) 618-8016<br>E-mail: Paxton.Warner@usdoj.gov<br>Attorney in Charge for the United States of America |