UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CIVIL ACTION NO. 5:20-CV-31 |
| | § |
| 982.6894 ACRES OF LAND, MORE OR LESS, *et al*, | § |
| | § |
| Defendants. | § |

## ADVISORY

The parties have filed a jointly signed Stipulation of Dismissal and Agreement to Disburse Funds Under Federal Rule of Civil Procedure 71.1(i)(1)(B) (Dkt. No. 13). Under Rule 71.1(i)(1)(B), parties may dismiss a condemnation action without a court order by filing a stipulation of dismissal "[b]efore judgment is entered vesting the plaintiff with title or a lesser interest in or possession of the property." A judgment has not been entered in this case. Thus, the parties' Stipulation is effective, and this action is **DISMISSED WITHOUT PREJUDICE**. FED. R. CIV. P. 71.1(i)(3). The Clerk of Court is **DIRECTED** to disburse the sum remaining in the Registry of the Court, **$100.00, plus any accrued interest**, to "F&A Officer, USAED, Fort Worth" (Dkt. No. 13 at 2). The check prepared by the Clerk should reference "**Tract No. LRT-LRN-1005 et al.**" (*id.*). The Clerk is also **DIRECTED** to **CLOSE** this case.

SIGNED this 1st day of June, 2020.

Marina Garcia Marmolejo
United States District Judge