United States District Court
Southern District of Texas
**ENTERED**
June 02, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § | |
| **Plaintiff,** § § | |
| V. § | CIVIL ACTION NO. 5:20-CV-31 |
| § | |
| **982.6894 ACRES OF LAND, MORE OR LESS,** *et. al.*, § § § | |
| **Defendants.** § | |

## ORDER

On May 29, 2020, the parties filed a Stipulation of Dismissal and Agreement to Disburse Funds. (Dkt. No. 13). Judge Garcia Marmolejo then dismissed the suit without prejudice, directed the Clerk of the Court to disburse the sum remaining in the Registry of the Court to close the case. (Dkt. No. 14). Accordingly, all Court settings, including the Initial Pretrial and Scheduling Conference (Dkt. No. 5), are hereby **TERMINATED**.

It is so **ORDERED**.

**SIGNED** on June 2, 2020.

John A. Kazen
United States Magistrate Judge